# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| | |
|---|---|
| United States of America<br>v.<br>Allan POLLER<br><br>*Defendant(s)* | )<br>)<br>) Case No.<br>)         23-mj- 59-01-AJ<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 29, 2023__ in the county of __Cheshire__ in the _____ District of __New Hampshire__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 875(c) | Threat in Interstate Communication |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

/s/ Wesley R. Garland
*Complainant's signature*

Wesley R. Garland, FBI Special Agent
*Printed name and title*

Attested to by the complainant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephonic conference.

Date: 03/31/2023

*Judge's signature*

City and state: Concord, New Hampshire

Hon. Andrea K. Johnstone, U.S. Magistrate Judge
*Printed name and title*