UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA

v.

ALLAN POLLER,

          Defendant.

No. 23-CR-39-LM-01

## INDICTMENT

The Grand Jury charges:

COUNT ONE
Threat Against a Federal Official
18 U.S.C. § 115(a)(1)(B)

On or about March 29, 2023, in the District of New Hampshire, the defendant

ALLAN POLLER

did threaten to assault and murder U.S. Representative 1, a member of the United States Congress, with intent to impede, intimidate and interfere with U.S. Representative 1 while he was engaged in the performance of official duties and with intent to retaliate against U.S. Representative 1 on account of the performance of official duties, in violation of Title 18, United States Code, Section 115(a)(1)(B).

COUNT TWO
Interstate Threatening Communication
18 U.S.C. § 875(c)

On or about March 29, 2023, in the District of New Hampshire, the defendant

ALLAN POLLER

did knowingly and willfully transmit a communication in interstate commerce containing a threat to injure the person of another, namely, a voicemail message to U.S. Representative 1, a member

of the United States Congress, containing a threat to kill U.S. Representative 1 and take a bullet to U.S. Representative 1's head, in violation of Title 18, United States Code, Section 875(c).

A TRUE BILL

Dated: April 26, 2023

/s/ Foreperson
Foreperson of the Grand Jury

JANE E. YOUNG
United States Attorney
District of New Hampshire

By: /s/ Jarad E. Hodes
Jarad E. Hodes
Assistant United States Attorney