## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

        v.                Case No. 23-cr-39-LM

<u>Allen Poller</u>

### ORDER

The assented-to motion to continue trial (doc. no. 33) filed by the defendant is granted. Final Pretrial Conference is rescheduled to October 4, 2023, at 10:00 am. Trial is continued to the two-week period beginning October 17, 2023, 9:30 am.

The court finds that the ends of justice served by granting a continuance outweigh the best interest of the defendant and the public in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the assented-to motion.

SO ORDERED.

By the Court,

_____
Landya B. McCafferty
Chief Judge

Date: July 28, 2023

cc:   U.S. Marshal
       U.S. Probation
       Counsel of Record