Isabelle Vogell



To Whom This May Concern,

I am writing in regards to my relationship with Allan Poller. My hope is this letter will offer insight on Allan's character that may aid his current circumstances. I have had the pleasure of knowing Allan for around 8 years. I was fortunate enough to meet Allan through mutual friends. We had many common interests that brought us closer together such as our love for art, literature, film, and music. Although we attended high school together, it wasn't until post graduation while figuring out the struggles of adulthood that we really started to become close friends.

If I were to describe the kind of person Allan is, passionate, resilient, and empathetic all come to mind. While attending school, Allan was one of the most driven students among his colleagues. Not only did he go above and beyond in academics and extracurriculars, he also showed high levels of motivation in sports, specifically, track and field.

This past year has really shown the strength and resilience that Allan embodies. I think anyone that knows him personally could attest that his arrest that took place in March of 2023 came to a total surprise. Through this time of struggle, Allan has shown positive changes to better himself. While facing struggles with addiction, he has taken the steps of attending many AA meetings and seeing a therapist. By emerging himself in new communities, it is very apparent that he is working hard to facilitate healthier coping mechanisms. Rather than letting these past events hinder his mental health, he has maintained his social relationships and started working multiple jobs to keep himself busy.

As a close friend of Allan's, I can confidently say that he is headed in the right direction through personal development. I am hoping that the characteristics listed above are significant enough to take into consideration when deciding on his legal matter.

I am willing to offer more information on Allan, if needed. Please reach out if you have any more questions.

Sincerely,

Isabelle Vogell