January 07, 2023

To whom it may concern,

I hope this message finds you well. I am writing to express my utmost admiration and support for my long-time friend, Allan Poller. Having known Allan since our middle school days, I've had the privilege of witnessing his outstanding qualities and remarkable character firsthand.

Allan has consistently demonstrated exceptional dedication and commitment in various aspects of his life. Throughout our high school years, he showcased an impressive balance between his passion for sports, academic excellence, and involvement in numerous extracurricular activities. His drive and focus propelled him to excel both athletically and academically, always maintaining a prominent position at the top of our class.

Despite the challenges and complexities of high school, Allan navigated them with remarkable maturity, always steering clear of unnecessary drama and focusing on his goals. His kindness and genuine nature endeared him to many, and his ability to foster meaningful friendships while prioritizing his studies was truly commendable.

Our shared journey into the demanding field of architecture provided further insight into Allan's exceptional capabilities. His meticulous approach to projects, coupled with his innate creativity, consistently yielded outstanding results. His dedication and the extensive effort he invested in his work were evident in the thoughtfulness and precision of his designs.

Moreover, Allan's success extended beyond academia; his involvement and achievements as a dedicated member of the track team at Keene State underscored his determination and resilience.

Beyond his achievements, Allan remains deeply rooted in his family values. His unwavering dedication to spending quality time with his loved ones—his mother, sister, and dog—reflects his strong sense of family orientation and commitment to those he cares about.

In summary, Allan Poller is not merely an outstanding citizen but a person of exceptional integrity, dedication, and kindness. His exemplary qualities, both personally and professionally, make him an asset to any community or endeavor he engages in. I wholeheartedly endorse and vouch for his outstanding character and capabilities.

Warm regards,

Eva Harris /