To Whom It May Concern,

I am writing this character statement on behalf of my close friend, Allan, whom I have known for the past eight years. Our friendship blossomed during our high school years as we shared a common passion for running track. Over the years, I have had the privilege of witnessing Allan's unwavering dedication to personal growth and overcoming challenges.

Allan is a person of remarkable integrity, and his trustworthiness and loyalty have been the foundation of our enduring friendship. Recently, Allan faced a difficult period in his life with his arrest, stemming from struggles with alcohol addiction. Despite the setbacks, Allan has demonstrated exceptional resilience and commitment to turning his life around.

Since the incident, Allan has taken proactive steps to address his alcohol addiction. He has become an active member of Alcoholics Anonymous (AA), where he has found a supportive community to aid him on his journey to recovery. Additionally, Allan has sought professional help by engaging in regular therapy sessions to explore the root causes of his challenges and develop coping mechanisms for a healthier future.

To further demonstrate his commitment, Allan has taken on the responsibility of working two jobs simultaneously. This not only reflects his strong work ethic but also serves as a testament to his determination to build a stable and fulfilling life.

In light of Allan's dedication to self-improvement and his proactive efforts to address his addiction, I am confident that he is on a positive path towards rehabilitation. I believe in Allan's potential for growth and his ability to overcome the obstacles he has faced. As his friend, I wholeheartedly support Allan's journey towards recovery, and I am hopeful that others will recognize the genuine transformation he is working hard to achieve.

If you have any further questions or require additional information, please do not hesitate to contact me.

Sincerely,

Ericka Schoff